UNITED STATES of America, Plaintiff–Appellee,

v.

Sabrina HANSON, Defendant–Appellant.

No. 14–50194.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 22, 2015.*

Filed Oct. 29, 2015.

Christopher Alexander, Assistant U.S., Peter Ko, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Todd William Burns, Burns & Cohan, Attorneys at Law, San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Grant Eddy, Law Office of Grant L. Eddy, San Diego, CA, for Defendant–Appellant.

Before: PREGERSON and TROTT, Circuit Judges and STAFFORD,** Senior District Judge.

MEMORANDUM ***

The district court correctly denied Hanson's attempt to escape her agreed upon restitution obligation in the amount of $135,000. As counsel said in a filing with the court, Ms. Hanson is still on supervision, and a court may modify supervised release conditions under 18 U.S.C. § 3583(e)(2).

AFFIRMED.

---

** The Honorable William H. Stafford, Jr., Senior District Judge for the U.S. District Court for the Northern District of Florida, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.